# Court of Appeals
# of the State of Georgia

ATLANTA,  November 12, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0630. ISAAC BORDERS v. PAULA K. SMITH et al.

Prisoner Isaac Borders petitioned to proceed in forma pauperis in a civil action under 42 USC § 1983. On July 26, 2019, the trial court denied the filing on the ground that it stated no justiciable issue of fact or law. See OCGA § 9-15-2 (d). Borders filed a notice of appeal on August 29, 2019. We lack jurisdiction.

First, a notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Here, Borders filed his notice of appeal 34 days after entry of the order he seeks to appeal, such that the appeal is untimely.

Moreover, the record shows that Borders is currently incarcerated. Under the Prison Litigation Reform Act of 1996, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." OCGA § 42-12-8. Thus, Borders was required to file an application for discretionary review under OCGA § 5-6-35, and his failure to do so requires dismissal. See *Jones v. Townsend*, 267 Ga. 489, 490-491 (480 SE2d 24) (1997).

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  11/12/2019
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*